AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Stair, Jr., Richard S. | **2. Court or Organization**<br><br>U.S. Bankruptcy Court, E.D. Tennessee | **3. Date of Report**<br><br>04/03/2012 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

800 Market Street, Suite 330
Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mid-South Commerical Law Institute | 12/1/2011-12/2/2011 | Nashville, Tennessee | Seminar | Hotel, Meal |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stair, Jr., Richard S. | 04/03/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stair, Jr., Richard S. | 04/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT - Hilliard Lyons | | | | | | | | | |
| 2. Hilliard Lyons Govnm't Funds - Money Market | A | Dividend | J | T | | | | | |
| 3. Texas Inst. | A | Dividend | J | T | Buy | 04/05/11 | J | | |
| 4. Income Fund of America - Class A (American Funds) | A | Dividend | K | T | Sold (part) | 04/05/11 | J | | |
| 5. | | | | | Sold (part) | 12/07/11 | J | | |
| 6. Income Fund of America - Class B (American Funds) | A | Dividend | J | T | | | | | |
| 7. Templeton Growth Fund - Class B | A | Dividend | J | T | | | | | |
| 8. Idearc, Inc. - Com. St. | | None | J | T | | | | | |
| 9. Fairpoint Comm. | | None | J | T | | | | | |
| 10. Pimco FDS Mutual Fund - Class B | A | Dividend | J | T | | | | | |
| 11. Morgan Stanley Dean Witter Step Up Bond 4% Due 09/22/20 | A | Interest | J | T | | | | | |
| 12. PERSONAL ASSETS | | | | | | | | | |
| 13. First Tennessee Bank | A | Interest | J | T | | | | | |
| 14. USAA CD #1 - Note 1 | A | Interest | K | T | | | | | |
| 15. USAA Federal Savings Bank | A | Interest | J | T | | | | | |
| 16. USAA Money Market Funds | A | Dividend | J | T | | | | | |
| 17. USAA Tax Exempt Intermediate Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stair, Jr., Richard S. | 04/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. USAA Tax Exempt Short Term Fund | A | Dividend | J | T | | | | | |
| 19. USAA Growth & Tax Strategy Fund | A | Dividend | J | T | | | | | |
| 20. USAA Tax Exempt Money Market Fund | A | Dividend | J | T | | | | | |
| 21. USAA Performance First Savings Account | A | Interest | J | T | Buy | 10/06/11 | K | | |
| 22. USAA CD #2 | A | Interest | M | T | Buy | 10/25/11 | L | | |
| 23. USAA Subscribers Account | | None | J | T | | | | | |
| 24. USAA STRATEGIC FUND ADVISER (INDIV. MUTUAL FUNDS) | | | | | | | | | |
| 25. USAA Tax Exempt Short Term Fund | A | Dividend | | | Sold | 10/12/11 | J | A | |
| 26. USAA Tax Exempt Long Term Fund | A | Dividend | | | Sold | 10/12/11 | J | | |
| 27. USAA Tax Exempt Intermediate Term Fund | A | Dividend | | | Sold | 10/12/11 | J | A | |
| 28. USAA S&P 500 Index Fund | A | Dividend | | | Sold | 10/12/11 | J | A | |
| 29. American Beacon Int'l Equity Fund | A | Dividend | | | Sold | 10/12/11 | J | | |
| 30. American Century Large Company Value Fund | A | Dividend | | | Sold | 10/12/11 | J | | |
| 31. USAA Aggressive Growth | | None | | | Sold | 10/12/11 | J | A | |
| 32. American Growth Fund of America (American Funds) | | None | | | Sold | 10/12/11 | J | | |
| 33. Euro Pacific Growth Fund (American Funds) | | None | | | Sold | 10/12/11 | J | | |
| 34. USAA Precious Metals | | None | | | Sold | 10/12/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stair, Jr., Richard S. | 04/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Legg Mason Emerging Markets | | None | | | Sold | 10/12/11 | J | | |
| 36.  Virtus Equity Trust | A | Dividend | | | Sold | 10/12/11 | J | A | |
| 37.  American Tax Equity Fund | A | Dividend | | | Buy | 06/10/11 | J | | |
| 38. | | | | | Sold | 10/12/11 | K | A | |
| 39.  Nuveen Ins. Mun. Bond | A | Dividend | | | Sold | 06/10/11 | J | A | |
| 40.  TCW Diversified Value | | None | | | Sold | 10/12/11 | J | A | |
| 41.  Credit Suisse Comm. Return Common Class | | None | | | Sold | 10/12/11 | J | A | |
| 42.  USAA Managed Allocation | | None | | | Sold | 10/12/11 | J | B | |
| 43.  Artio Global Inv. Funds | | None | | | Sold | 10/12/11 | J | A | |
| 44.  USAA Real Return | A | Dividend | | | Sold | 10/12/11 | J | A | |
| 45.  LIFE INSURANCE | | | | | | | | | |
| 46.  Mass Mutual - Policy 1 (Adjustable Life Policy) - Note 2 | | None | J | T | | | | | |
| 47.  Mass Mutual - Policy 2 (Adjustable Life Policy) - Note 2 | | None | J | T | | | | | |
| 48.  Mass Mutual - Policy 3 (Whole Life) - Note 2 | | None | J | T | | | | | |
| 49.  USAA - Extended Guaranty Annuity (2 yr.) | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stair, Jr., Richard S. | 04/03/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1:    Item No. 14 -- This item appeared on my 2010 report at Line Item No. 14.  I have listed it in this report as USAA CD #1 to distinguish it from USAA CD #2 (Item No. 23) which was purchased during the current reporting period.

NOTE 2:    Item Nos. 46, 47 and 48, reported on my 2010 report at Line Item Nos. 46, 47 and 48, have been incorrectly identified in prior reports as Met Life policies.  All three policies were, in fact, issued by Mass Mutual Life Insurance Company.  Additionally, I have changed the designations on Item Nos. 46 and 47 from "Variable Life Policy" to "Adjustable Life Policy."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard S. Stair, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544